**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE: **Billon, Michael**                                           CASE NO

                                                                                    CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____02/23/2020____    Signature ____*[signature]*_____
                                                                  Michael Billon, Debtor

ALLY FINANCIAL
200 Renaissance Ctr # Bo
Detroit, MI 48243-1300


American Express
Po Box 297871
Ft Lauderdale, FL 33329-7871


CAPITAL ONE AUTO FINANCE
PO Box 259407
Plano, TX 75025


CARTER-YOUNG INC.
Po Box 82269
Conyers, GA 30013-9433


Citibank
Po Box 6241
Sioux Falls, SD 57117-6241


DISCOVER FIN SVCS LLC
Po Box 15316
Wilmington, DE 19850-5316


Ford Motor Credit Corp.
PO BOX BOX 542000
Omaha, NE 68154


Illinois Department of
Employment Security
Ben. Pay. Control Div
PO Box 4385
Chicago, IL 60680-4385

Illinois Department of Revenue
Bankruptcy Unit
Po Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Insolvency Division
Po Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Card
Po Box 15369
Wilmington, DE 19850-5369

PORTFOLIO RECOV ASSOC
150 Corporate Blvd
Norfolk, VA 23502-4952

David Schneider
200 S Wacker Dr Ste 600
Chicago, IL 60606-5849

WE ENERGIES
Po Box 1489
Winterville, NC 28590-1489