Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 20–04921
Chapter: 7
Judge: A. Benjamin Goldgar

In Re:
   Michael Billon
   25220 N Abbey Glenn Drive
   Hawthorn Woods, IL 60047

Social Security No.:
   xxx–xx–5723

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

      301 Greenleaf Avenue, Courtroom B, Park City, IL 60085

      on April 17, 2020 at 11:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.


                                                         FOR THE COURT

Dated: March 11, 2020                                      Jeffrey P. Allsteadt , Clerk
                                                            United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Michael Billon
25220 N Abbey Glenn Drive
Hawthorn Woods, IL 60047
SSN: xxx−xx−5723 EIN: N.A.

Case No. :  20−04921
Chapter :  7
Judge :   A. Benjamin Goldgar

**FINAL NOTICE OF DEFICIENCY AND**
**HEARING ON DISMISSAL OF CASE**

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E/F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: March 11, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court