UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                )   BK No.:   20-04921
Michael Billon        )
                      )   Chapter: 7
                      )   Honorable A. Benjamin Goldgar
                      )
                      )   Lake County
        Debtor(s)     )

**ORDER DISMISSING CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS**

This matter coming to be heard on the Court's motion to dismiss pursuant to Section 521(i) of the Bankruptcy Code:

IT IS HEREBY ORDERED that this case is dismissed for failure to file required documents.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  April 17, 2020