**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Michael Billon,** | ) | No. 20 B 04921 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

## SECTION 329 ORDER

This matter came before the court on April 17, 2020, on the court's motion to dismiss for failure to file required documents under Section 521. Counsel for the debtor did not appear at the hearing. Accordingly, IT IS HEREBY ORDERED:

Pursuant to sections 105 and 329 of the Bankruptcy Code, 11 U.S.C. §§ 105, 329, and Rule 2017(a) of the Federal Rules of Bankruptcy Procedure, Fed. R. Bankr. P. 2017(a), Gregory J. Jordan, debtor's attorney, is ordered to appear before the court at on May 1, 2020, at 11:15 a.m. at the Park City Branch Court, 301 Greenleaf Avenue, Courtroom B, Park City, Illinois, to show cause why he should not be denied compensation for services and required to refund any compensation previously received.

Failure to appear may be deemed civil contempt of court.

Dated: April 17, 2020

_____
A. Benjamin Goldgar
United States Bankruptcy Judge