Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 20−04921
Chapter: 7
Judge: A. Benjamin Goldgar

In Re:
   Michael Billon
   25220 N Abbey Glenn Drive
   Hawthorn Woods, IL 60047

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5723

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 17, 2020

FOR THE COURT

Dated: April 21, 2020                                   Jeffrey P. Allsteadt , Clerk
                                                        United States Bankruptcy Court

```
                       United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                      Case No. 20-04921-ABG
Michael Billon                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: lsims                  Page 1 of 1             Date Rcvd: Apr 21, 2020
                               Form ID: ntcdsm              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
```
db             +Michael Billon,    25220 N Abbey Glenn Drive,    Hawthorn Woods, IL 60047-7355
28716188       +American Express National Bank,    c/o Zwicker & Associates, P.C.,
                 80 Minuteman Road, P.O. Box 9043,    Andover, MA 01810-0943
28666380      ++CARTER YOUNG INC,    882 N MAIN STREET,   SUITE 120,    CONYERS GA 30012-4442
               (address filed with court: CARTER-YOUNG INC.,    Po Box 82269,    Conyers, GA 30013-9433)
28666389        David Schneider,    200 S Wacker Dr Ste 600,    Chicago, IL 60606-5849
28666385        Illinois Department of,    Revenue,   Bankruptcy Unit,    Po Box 19035,
                 Springfield, IL 62794-9035
28666384        Illinois Department of,    Employment Security,    Ben. Pay. Control Div,    PO Box 4385,
                 Chicago, IL 60680-4385
28666387        JPMorgan Chase Card,    Po Box 15369,   Wilmington, DE 19850-5369
28666390        WE ENERGIES,    Po Box 1489,   Winterville, NC 28590-1489
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28666377        EDI: GMACFS.COM Apr 22 2020 05:48:00    ALLY FINANCIAL,    200 Renaissance Ctr # Bo,
                 Detroit, MI 48243-1300
28666378        EDI: AMEREXPR.COM Apr 22 2020 05:48:00    American Express,    Po Box 297871,
                 Ft Lauderdale, FL 33329-7871
28666379       +EDI: CAPONEAUTO.COM Apr 22 2020 05:48:00    CAPITAL ONE AUTO FINANCE,    PO Box 259407,
                 Plano, TX 75025-9407
28687047       +EDI: AISACG.COM Apr 22 2020 05:48:00    Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
28666381        EDI: CITICORP.COM Apr 22 2020 05:48:00    Citibank,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
28666382        EDI: DISCOVER.COM Apr 22 2020 05:48:00    DISCOVER FIN SVCS LLC,    Po Box 15316,
                 Wilmington, DE 19850-5316
28666383       +EDI: FORD.COM Apr 22 2020 05:48:00    Ford Motor Credit Corp.,    PO BOX 542000,
                 Omaha, NE 68154-8000
28666386        EDI: IRS.COM Apr 22 2020 05:48:00    Internal Revenue Service,    Insolvency Division,
                 Po Box 7346,   Philadelphia, PA 19101-7346
28666388        EDI: PRA.COM Apr 22 2020 05:48:00    PORTFOLIO RECOV ASSOC,    150 Corporate Blvd,
                 Norfolk, VA 23502-4952
                                                                                               TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
```
              Gregory J Jordan    on behalf of Debtor 1 Michael  Billon gjordan@jz-llc.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```