UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL BILLON, | ) | No. 20 B 4921 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

## ORDER OF CIVIL CONTEMPT

This chapter 7 case came before the court on May 1, 2020, in accordance with the court's order dated April 17, 2020. That order required Attorney Gregory J. Jordan to appear and show cause why he should not be denied compensation for services and required to refund any compensation received. *See* 11 U.S.C. § 329. Jordan failed to appear as ordered. For the reasons stated on the record in open court, it is HEREBY ORDERED:

1. Gregory J. Jordan is held in civil contempt for failing to comply with the court's order dated April 17, 2020.

2. Jordan may purge the contempt by appearing on May 22, 2020, at 11:15 a.m. and complying with the remainder of the April 17 order.

3. This matter is set for further hearing on May 22, 2019, at 11:15 a.m., to determine whether Jordan has purged the contempt.

4. If the court determines that Jordan has not purged the contempt, the court will order the United States Marshal to attach the body of Jordan

and confine him in the Metropolitan Correctional Center until he purges the contempt.

Dated:  May 1, 2020

_____
A. Benjamin Goldgar
United States Bankruptcy Judge