## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL BILLON, | ) | No. 20 B 4921 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### ORDER FINDING CONTEMPT PURGED

This chapter 7 case came before the court in accordance with the court's order dated May 1, 2020, finding Attorney Gregory J. Jordan for failure to obey an earlier order requiring him to appear and show cause why he should not be denied compensation for services and required to refund any compensation received. *See* 11 U.S.C. § 329. Jordan was given an opportunity to appear and purge the contempt. Jordan appeared and showed cause why he should not be denied compensation. Accordingly, for the reasons stated on the record in open court, it is HEREBY ORDERED:

The contempt is purged. This matter is concluded.

Dated: May 22, 2020

_____
A. Benjamin Goldgar
United States Bankruptcy Judge